In the Matter of ANTONIO C. CUNHA, Respondent, v ROSA E. URIAS, Appellant. [957 NYS2d 228]—

By contesting the father's contempt petition on the merits without objecting that it did not comply with the notice and warning requirements of Judiciary Law § 756, the mother waived any objections to the validity of the petition based upon those requirements (*see Matter of Rappaport*, 58 NY2d 725, 726 [1982]; *Matter of Laland v Edmond*, 13 AD3d 451 [2004]; *Matter of Restivo v Cincu*, 11 AD3d 621 [2004]).

Moreover, contrary to the mother's contention, the Family

Court properly, in effect, adjudicated her in contempt for willfully failing to obey the visitation provision of a prior order (see *Matter of McCormick v Axelrod*, 59 NY2d 574, 583 [1983]). However, under the circumstances of this case, the punishment imposed was excessive to the extent indicated herein (see *Matter of Rjeoutski v Mavrina*, 100 AD3d 908 [2012]).

The mother's remaining contentions are either without merit or unpreserved for appellate review. Rivera, J.P., Balkin, Leventhal and Hinds-Radix, JJ., concur.